### TISBURY.

Where it was alleged against an election, that neither the warrant for calling the meeting, nor the notification thereof by the constable, contained any statement of the hour of the day on which it was to be held; and it appeared that one of the selectmen, after service of the warrant, altered the same by inserting the hour of the day therein, and directed the constable to make out a new notification, or alter the old one, which was done accordingly two days before the meeting; it was held, that the allegation against the election was not supported.

THE election of John Davis, returned a member from the town of Tisbury, was controverted by James Athearn and others, on the ground, among others, that the warrant for calling the meeting, and the notification thereof, by the constable, did not mention any hour of the day, on which the meeting was to be held.[1]

By a deposition of the constable, it appeared, that one of the selectmen altered the warrant, by inserting the hour of the day, and directed him " to make out a new notification or alter the old one, which he did, two days before the meeting was held."

The committee on elections reported, that Mr. Davis was constitutionally elected, and entitled to his seat, " the allegations against him not being supported." The report was agreed to.[2]